F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __05-CV-1213-OES__

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JEAN ANN WINGER, d.b.a. Tabby Cat Rescue and Adoption, Inc.,

   Plaintiff,

v.

DENVER CITY COUNCIL,
COLE FINEGAN, ESQ., Denver City Attorney,
MAYOR JOHN K. HICKENLOOPER, C & C of Denver,
NEIGHBORHOOD INSPECTION SERVICES, et al.,
DIVISION OF ANIMAL CONTROL, et al.,
CHIEF OF POLICE JERRY WHITMAN and,
DPD OFFICER TINNON # 97-039 AND OTHER DENVER POLICEMEN,
DENVER HOUSING AUTHORITY (a Public Entity), et al.,
STATE OF COLORADO ATTORNEY GENERAL JOHN SUTHERLAND,
STATE OF COLORADO GOVERNOR,
STATE OF COLORADO DEPARTMENT OF AGRICULTURE, et al.,
DENVER DUMB FRIENDS LEAGUE, et al. Bob Rody and Betsy and others,
CHANNEL 31, et al.,
CORPORATION AND OWNERS OF 2150 -70 FRANKLIN STREET APARTMENTS,
   INC.,
FULCHER AND CO. PROPERTY MANAGEMENT COMPANY et al.,
SCOTT TAYLOR, Manager of 2150 -70 Franklin Street apartments, et al.,
ITALIAN BROTHERS IN APARTMENT 104 AT 2150-2170 FRANKLIN STREET
   APARTMENTS,
ALLEY CAT ALLIES/ROCKY MOUNTAIN ALLEY CAT ALLIANCE, INC., et al.,
REBECCA FURR, Alley Cat Allies/Rky Mtn alley cat alliance,
COLORADO APARTMENT ASSOCIATION, INC.
OTHERS WHO MAY HAVE BEEN INVOLVED IN COLLABORATION WITH OR
   CONSPIRACY WITH ANY AND ALL GOVERNMENT ENTITY OR
   CORPORATION OR NON-PROFIT OR INDIVIDUALS WORKING OR
   VOLUNTEERING AT ANY INVOLVED PARTIES (TO BE DETERMINED),

   Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) _X_ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

2

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above within **thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint/petition/application and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 30 day of June, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-CV-1213-OES

Jean Ann Winger
1670 Harrison Street
Denver, CO 80206

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Complaint** to the above-named individuals on 6/30/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk