## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01213-ZLW

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 7 2005

GREGORY C. LANGHAM
CLERK

JEAN ANN WINGER, d.b.a. Tabby Cat Rescue and Adoption, Inc.,

    Plaintiff,

v.

DENVER CITY COUNCIL,
COLE FINEGAN, ESQ., Denver City Attorney,
MAYOR JOHN K. HICKENLOOPER, C & C of Denver,
NEIGHBORHOOD INSPECTION SERVICES, et al.,
DIVISION OF ANIMAL CONTROL, et al.,
CHIEF OF POLICE JERRY WHITMAN and,
DPD OFFICER TINNON # 97-039 AND OTHER DENVER POLICEMEN,
DENVER HOUSING AUTHORITY (a Public Entity), et al.,
STATE OF COLORADO ATTORNEY GENERAL JOHN SUTHERLAND,
STATE OF COLORADO GOVERNOR,
STATE OF COLORADO DEPARTMENT OF AGRICULTURE, et al.,
DENVER DUMB FRIENDS LEAGUE, et al. Bob Rody and Betsy and others,
CHANNEL 31, et al.,
CORPORATION AND OWNERS OF 2150 -70 FRANKLIN STREET APARTMENTS,
    INC.,
FULCHER AND CO. PROPERTY MANAGEMENT COMPANY et al.,
SCOTT TAYLOR, Manager of 2150 -70 Franklin Street apartments, et al.,
ITALIAN BROTHERS IN APARTMENT 104 AT 2150-2170 FRANKLIN STREET
    APARTMENTS,
ALLEY CAT ALLIES/ROCKY MOUNTAIN ALLEY CAT ALLIANCE, INC., et al.,
REBECCA FURR, Alley Cat Allies/Rky Mtn alley cat alliance,
COLORADO APARTMENT ASSOCIATION, INC.
OTHERS WHO MAY HAVE BEEN INVOLVED IN COLLABORATION WITH OR
    CONSPIRACY WITH ANY AND ALL GOVERNMENT ENTITY OR
    CORPORATION OR NON-PROFIT OR INDIVIDUALS WORKING OR
    VOLUNTEERING AT ANY INVOLVED PARTIES (TO BE DETERMINED),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    The motion titled "Motion to Request Clarification and Other" submitted by Plaintiff and filed by the Court on November 3, 2005, is denied as moot. This case was dismissed without prejudice in an order filed on November 2, 2005. If Plaintiff wishes to

pursue her claims, she may do so by initiating a separate action.

Dated: November 7, 2005

---

Copies of this Minute Order mailed on November 7, 2005, to the following:

Jean Ann Winger
d.b.a Tabby Case Rescue and Adoption, Inc.
P. O. Box 202465
Denver, CO 80220

_____
Secretary/Deputy Clerk